IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL DIAZ-ALCARAZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-3458-N-BW |
| | § | |
| DALLAS COLLEGE, | § | |
| Defendant. | § | |

## ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Amended Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, Defendant's Motion to Dismiss (Doc. 17) is GRANTED. This action will be dismissed without prejudice by separate judgment.

**SO ORDERED.**

**SIGNED** on July 27, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE